# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| WELLWORX ENERGY SOLUTIONS LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 7:22-cv-00059-ADA |
| OILIFY NEW-TECH SOLUTIONS INC. & Q2 ARTIFICIAL LIFT SERVICES LLC, | § § § § | |
| Defendants. | § § | |

**JOINT NOTICE REGARDING AGREEMENT TO EXTEND DEADLINE**

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines, Plaintiff WellWorx Energy Solutions LLC and Defendants Oilify New-Tech Solutions Inc. ("Oilify New-Tech") and Q2 Artificial Lift Services LLC ("Q2 ALS") (collectively, the "Parties") hereby provide notice to the Court of the Parties' respective agreements to extend the deadlines for Q2 ALS to respond to Plaintiff's Consolidated Motion to Strike and Dismiss Defendant Q2's Answer and Counterclaim (Dkt. 93), and for Oilify New-Tech to respond to Plaintiff's Consolidated Motion to Strike and Dismiss Defendant Oilify's Answer and Counterclaim (Dkt. 94), by 7-days, up to and including **March 19, 2024**. This extension is (1) agreed between the parties, (2) does not change the date of any hearing, trial, or other Court date, and (3) does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

Dated: March 5, 2024          Respectfully submitted,

By: /s/ *Christian J. Cowart*
Christopher B. Trowbridge
Texas Bar No. 24008182
ctrowbridge@bellnunnally.com
Jeffrey S. Lowenstein
Texas Bar No. 24007574
jlowenstein@bellunnally.com
Jeffrey A. Tinker
Texas Bar No. 24060733
jtinker@bellnunnally.com
Christian J. Cowart
Texas Bar No. 24105748
ccowart@bellnunnally.com

**Bell Nunnally & Martin LLP**
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
Tel. (214) 740-1400
Fax (214) 740-1499

*Attorneys for Plaintiff*

—AND—

By: /s/ *Daniel S. Leventhal*
Daniel S. Leventhal
Texas State Bar No. 24050923
daniel.leventhal@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
Fulbright Tower
1301 McKinney Street, Suite 5100
Houston, Texas 77010-3095
Tel: (713) 651-5151
Fax: (713) 651-5246

Eagle H. Robinson
Texas State Bar No. 24065984
eagle.robinson@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Tel: (512) 536-3083

>Fax: (512) 536-4598
>
>*Attorneys for Defendant Oilify New-Tech Solutions, Inc.*
>
>—AND—
>
>By: /s/ *Robert R. Riddle*
>Robert R. Riddle
>Texas State Bar. No. 24035495
>rriddle@reedsmith.com
>
>**REED SMITH LLP**
>811 Main Street, Suite 1700
>Houston, Texas 77002
>Tel: (713) 469-3881
>Fax: (713) 469-3899
>
>*Attorneys for Defendant Q2 Artificial Lift Services LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 5, 2024, the above document was filed via the Court's CM/ECF electronic filing system, which served the document on counsel of record who have appeared and consented to electronic service.

>/s/ *Daniel S. Leventhal*
>Daniel S. Leventhal