UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| WELLWORX ENERGY SOLUTIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>OILIFY NEW-TECH SOLUTIONS INC.; and Q2 ARTIFICIAL LIFT SERVICES LLC,<br><br>Defendants. | Civil Action No. 7:22-CV-00059-ADA<br><br>JURY TRIAL DEMANDED |

### JOINT NOTICE OF AGREED EXTENSION ON WELLWORX'S REPLY

Plaintiff WellWorx Energy Solutions LLC, Defendant Oilify New-Tech Solutions Inc., and Defendant Q2 Artificial Lift Services LLC hereby provide notice to the Court that the parties have agreed to extend the deadline for WellWorx's reply in support of its Consolidated Motions to Strike and Dismiss [ECF Nos. 93, 94] to **April 2, 2024,** pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines. This extension is (1) agreed to between the parties, (2) does not change the date for any hearing, trial, or other Court date, and (3) does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.[1]

---

[1] *See* Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines 1 (W.D. Tex. Mar. 7, 2022) (Albright, J.) https://www.txwd.uscourts.gov/wp-content/uploads/Standing%20Orders/Waco/Albright/Amended%20Standing%20Order%20Regarding%20Joint%20Or%20Unopposed%20Request%20To%20Change%20Deadlines%20030722.pdf.

– 1 –

– 2 –

Dated:   March 21, 2024                          Respectfully,

*[signature]*

**CHRISTOPHER B. TROWBRIDGE**
Texas Bar No. 24008182
ctrowbridge@bellnunnally.com
**JEFFREY S. LOWENSTEIN**
Texas Bar No. 24007574
jlowenstein@bellnunnally.com
**JEFFREY A. TINKER**
Texas Bar No. 24060733
jtinker@bellnunnally.com
**CHRISTIAN COWART**
Texas Bar No. 24105748
ccowart@bellnunnally.com

**BELL NUNNALLY & MARTIN LLP**
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
Telephone:   (214) 740-1400
Fax:               (214) 740-1499

**COUNSEL FOR PLAINTIFF**
**WELLWORX ENERGY SOLUTIONS LLC**

—**AND**—

By: /s/ *Daniel S. Leventhal*
Daniel S. Leventhal
Texas State Bar No. 24050923
daniel.leventhal@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
Fulbright Tower
1301 McKinney Street, Suite 5100
Houston, Texas 77010-3095
Tel: (713) 651-5151
Fax: (713) 651-5246

Eagle H. Robinson
Texas State Bar No. 24065984
eagle.robinson@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Tel: (512) 536-3083
Fax: (512) 536-4598

*Attorneys for Defendant Oilify New-Tech Solutions, Inc.*


—**AND**—

By: /s/ *Robert R. Riddle*
Robert R. Riddle
Texas State Bar. No. 24035495
rriddle@reedsmith.com


**REED SMITH LLP**
811 Main Street, Suite 1700
Houston, Texas 77002
Tel: (713) 469-3881
Fax: (713) 469-3899

*Attorneys for Defendant Q2 Artificial Lift Services LLC*

## CERTIFICATE OF CONFERENCE

I certify that, beginning on March 20, 2024, I conferred with counsel for Defendants regarding the relief sought in this motion, and that Defendants counsel stated that they agree to the relief requested in this Motion per Local Rule CV-7(g).

_(signature)_
**CHRISTIAN COWART**

## CERTIFICATE OF SERVICE

I certify that, on March 21, 2024, the foregoing document has been filed unsealed with the Clerk via the Court's CM/ECF system and served on all counsel of record via the Court's NEF system or the registered users' e-mail accounts per Rule 5(b), Local Rule CV-5(a), and Electronic Filing Procedures § 14(a):

**Oilify New-Tech Solutions Inc.**
*Defendant*

*Represented by* **Daniel S. Leventhal, *et al.***
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
daniel.leventhal@nortonrosefulbright.com
eagle.robinson@nortonrosefulbright.com
michael.pohl@nortonrosefulbright.com

**Q2 Artificial Lift Services LLC**
*Defendant*

*Represented by* **Robert R. Riddle, *et al.***
REED SMITH LLP
1221 McKinney Street, Suite 2100
Houston, Texas 77010
rriddle@reedsmith.com

_(signature)_
**CHRISTIAN COWART**