IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| WELLWORX ENERGY SOLUTIONS LLC ; and LIBERTY LIFT SOLUTIONS, LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 7:22-cv-00059-ADA |
| OILIFY NEW-TECH SOLUTIONS INC. & Q2 ARTIFICIAL LIFT SERVICES LLC, | § § § § | |
| Defendants. | § § § | |

## SECOND AMENDED SCHEDULING ORDER

IT IS HEREBY ORDERED that the above entitled and numbered case will be governed by the following schedule:

| Amended Deadline | Current Deadline | Item |
|---|---|---|
| 9/13/2024 | 6/13/2024 | Close of Fact Discovery. |
| 8/29/2024 | 7/11/2024 | Opening Expert Reports. |
| 10/3/2024 | 8/15/2024 | Rebuttal Expert Reports. |
| 10/17/2024 | 8/29/2024 | Close of Expert Discovery. |
| 10/21/2024 | 9/3/2024 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court's law clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| 10/29/2024 | 9/12/2024 | Dispositive motion deadline.<br><br>*See* General Issues Note #7 regarding providing copies of the briefing to the Court and the technical advisor (if appointed). |
| 11/12/2024 | 9/26/2024 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |

| Amended Deadline | Current Deadline | Item |
|---|---|---|
| 11/26/2024 | 10/10/2024 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| 12/10/2024 | 10/17/2024 | Serve objections to rebuttal disclosures; file Motions *in limine*. |
| 10/29/2024 | 9/12/2024 | *Daubert* motion deadline. |
| 12/16/2024 | 10/24/2024 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine* |
| 12/17/2024 | 10/31/2024 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| 12/2/2024 | 10/10/2024 | Parties to jointly email the Court's law clerk (See OGP at 1) to confirm their pretrial conference and trial dates. |
| 1/6/2025 | 11/11/2024 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| 1/9/2025 | 11/14/2024 | Final Pretrial Conference at 9:00 a.m. Held in person unless otherwise requested. |
| 1/30/2025 | 12/5/2024 | Jury Selection/Trial at 9:00 a.m. |

SO ORDERED this 26th day of June, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE